# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRESIM ALIMI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, WARDEN OF USP LOMPOC,<br><br>　　　　Respondent. | Case No. 2:23-cv-02928-RGK-PD<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

　　On April 17, 2023, Petitioner Spresim Alimi, who was an inmate at the United States Penitentiary in Lompoc, California, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [Dkt. No. 1.] Petitioner alleges that the Bureau of Prisons ("BOP") failed to apply his earned time credits ("ETCs") under the First Step Act ("FSA") toward service of his sentence or placement into pre-release custody. [Id.]

　　On August 8, 2023, the government moved to dismiss the Petition on the ground that it is moot, because the BOP had applied the credits towards early placement on supervised release, and that to the extent Petitioner intends to contest the BOP's application of the credits, he has failed to exhaust his available administrative remedies. [Dkt. No. 10.]

Petitioner is currently located at a residential reentry center in Chicago, Illinois. *See* https://www.bop.gov/inmateloc/ (last visited January 19, 2024). BOP applied the credits and placed him on supervised release. Petitioner has obtained the remedy he sought, and his claim is therefore moot. *See Bishop Paiute Tribe v. Inyo County*, 863 F.3d 1144, 1155 (9th Cir. 2017) ("A federal court lacks jurisdiction to hear a case that is moot."); *Tamaalemalo v. Derr*, 2023 WL 4054553, at *2 (D. Haw. June 16, 2023) (dismissing a habeas petition as moot where BOP had already applied petitioner's ETCs to her sentence); *Parham v. Benov*, 2012 WL 1413885, at *3-4 (E.D. Cal. Apr. 23, 2012) (recommending dismissal of the petition as moot because petitioner had already been transferred to a residential re-entry center in another state for the remainder of his sentence). Consequently, there is no live case or controversy for the Court to adjudicate. U.S. Const. art. III § 2.

Accordingly, IT IS ORDERED that the government's Motion to Dismiss the Petition is GRANTED and that Judgment be entered dismissing the Petition without prejudice.

DATED: January 25, 2024

_____
R. GARY KLAUSNER
United States District Judge