JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRESIM ALIMI, | Case No. 2:23-cv-02928-RGK-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, WARDEN OF USP LOMPOC, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 25, 2024

R. GARY KLAUSNER
United States District Judge